# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER L. DUNN,<br><br>    Plaintiff,<br><br>    v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>    Defendant. | Case No. 1:19-cv-00576-AWI-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 66)<br><br>SIXTY DAY DEADLINE |

On September 20, 2019, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within sixty (60) days of the date of entry of this order.

IT IS SO ORDERED.

Dated: __**September 20, 2019**__

UNITED STATES MAGISTRATE JUDGE

1