1

2

3

4

5

6

7

8  **UNITED STATES DISTRICT COURT**

9  EASTERN DISTRICT OF CALIFORNIA

10

11 | JENNIFER L. DUNN, | Case No. 1:19-cv-00576-AWI-SAB |

12 |              Plaintiff, | ORDER DISCHARGING ORDER REQUIRING PARTIES TO SHOW CAUSE WHY THIS |

13 |       v. | ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT |

14 | BOSTON SCIENTIFIC CORPORATION, | ORDER FOLLOWING SETTLEMENT OF THE ACTION AND DIRECTING CLERK OF THE |

15 |              Defendant. | COURT TO CLOSE CASE AND REFLECT VOLUNTARY DISMISSAL PURSUANT TO |

16 | | RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE |

17 | | (ECF Nos. 71, 72) |

18

19

20         On September 20, 2019, a notice of settlement of this action in its entirety was filed.

21 (ECF No. 66.)   On September 24, 2019, an order was filed requiring the parties to file

22 dispositional documents within sixty days.  (ECF No. 67.)  On November 22, 2019, the parites

23 requested an extension of time to file dispositive documents.  (ECF No. 68.)  On November 25,

24 2019, the request for an extension of time was granted and dispositive documents were to be filed

25 within sixty days.  (ECF No. 69.)  On February 3, 2020, an order issued requiring the parties to

26 show cause why this action should not be dismissed for failure to comply with a court order.

27 (ECF No. 70.)  On this same date, the parties filed a stipulation to dismiss this action with

28 prejudice with the parties to bear their own costs.

In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs and the order to show cause shall be discharged.

Accordingly, IT IS HEREBY ORDERED that:

1.     The order to show cause, filed February 3, 2020 is DISCHARGED; and

2.     The Clerk of the Court is DIRECTED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **February 4, 2020**

UNITED STATES MAGISTRATE JUDGE